CARNEGIE TRUST COMPANY, Respondent, *v.* ARON WEIL, Appellant.

*Carnegie Trust Co.* v. *Weil*, 155 App. Div. 894, affirmed.
(Argued December 16, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a promissory note.

*Louis H. Hall, Henry B. Twombly* and *Lemuel Skidmore, Jr.*, for appellant.

*Joseph A. Kellogg* and *George A. Blauvelt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.